# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155880(86)

LEVERT LYONS,
             Plaintiff-Appellee,

v

SCOTT C. KINSEL, JEFFREY D. HUNT,
and MOORE LANDREY, LLP,
             Defendants-Appellants,
and

JOHN P. COWART, TARA J. WILLIAMS, and
LAW OFFICES OF JAMES SCOTT FARRIN,
             Defendants-Appellees,
and

ETHAN L. SHAW, SHAW COWART, LLP,
J. THOMAS RHODES, III, FILEMON B. VELA,
JR., RHODES & VELA, GORDON T. CAREY,
JR., and GORDON T. CAREY, JR., PC,
             Defendants.

_____/

SC: 155880
COA: 329584; 329597; 329607
Wayne CC: 15-001381-NM

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply submitted on August 25, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017



Clerk